No. 89–1495.   NORTHWEST ADVANCEMENT, INC., ET AL. *v.*
OREGON BUREAU OF LABOR ET AL.   Ct. App. Ore.   Certiorari
denied.

No. 89–1497.   SALTANY, PERSONAL REPRESENTATIVE OF THE
ESTATE OF AL-ORAIBI, ET AL. *v.* REAGAN ET AL.   C. A. D. C.
Cir.   Certiorari denied.

No. 89–1498.   NEW ORLEANS STEAMSHIP ASSN. *v.* PLAQUE-
MINES PORT, HARBOR & TERMINAL DISTRICT.   C. A. 5th Cir.
Certiorari denied.

No. 89–1504.   NEWMAN *v.* QUIGG, COMMISSIONER OF PATENTS
AND TRADEMARKS.   C. A. Fed. Cir.   Certiorari denied.

No. 89–1507.   SHELBY COUNTY SHERIFF ET AL. *v.* LEACH.
C. A. 6th Cir.   Certiorari denied.

No. 89–1512.   CITY OF WICHITA, KANSAS *v.* PETERSON.
C. A. 10th Cir.   Certiorari denied.

No. 89–1522.   PAWNEE PRODUCTION SERVICE, INC., ET AL. *v.*
BAZINE STATE BANK.   Sup. Ct. Kan.   Certiorari denied.

No. 89–1526.   SOCIALIST WORKERS PARTY ET AL. *v.* HECHLER,
SECRETARY OF STATE OF WEST VIRGINIA, ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 89–1533.   STICH *v.* UNITED STATES.   C. A. 9th Cir.   Cer-
tiorari denied.

No. 89–1536.   HALL, INDIVIDUALLY AND AS NEXT FRIEND OF
HALL, MINOR, ET AL. *v.* CNA INSURANCE COS. ET AL.   Ct. App.
Tex., 14th Dist.   Certiorari denied.

No. 89–1545.   QUARTERMAN ET UX. *v.* COMMISSIONER OF IN-
TERNAL REVENUE.   C. A. 11th Cir.   Certiorari denied.